IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISIS MEJIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SOLUTIONS LLC,<br><br>　　　　　Defendant. | Case No. 1:25-cv-12277-LTS |

**ASSENTED-TO NOTICE OF SETTLEMENT**

Defendant EQUIFAX INFORMATION SERVICES LLC, by its attorneys, with Plaintiff's assent, hereby notifies the Court that Plaintiff and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax and are in the process of finalizing the terms of the settlement agreement and filing a dismissal with stipulation of dismissal of Plaintiff's claims, with prejudice. Equifax therefore requests that the Court vacate all pending deadlines in this matter. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. Plaintiff assents to this filing, so no Party will be prejudiced by the Court allowing the relief sought herein.

322713927v.1

DATED: January 7, 2026                    Respectfully submitted,

                                                              SEYFARTH SHAW LLP

                                                              By:  */s/ Mario D. Nimock*
                                                                    Mario D. Nimock, Bar No. 687627
                                                                    mnimock@seyfarth.com
                                                                    SEYFARTH SHAW LLP
                                                                    233 South Wacker Drive, Suite 8000
                                                                    Chicago, Illinois  60606-6448
                                                                    Telephone:  (312) 460-5218
                                                                    Facsimile:  (312) 460-7613

                                            *Counsel for Defendant*
                                            *Equifax Information Services LLC, incorrectly identified as Equifax Information Solutions LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, I presented the foregoing NOTICE OF SETTLEMENT to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

> LISIS MEJIA, *plaintiff pro se*
> 580 BRIDGE ST
> NORTH WEYMOUTH MA 02191-1856
> Email:  lovely7698@gmail.com

> */s/ Mario D. Nimock*
> Mario D. Nimock
> *Counsel for Defendant*
> *Equifax Information Services LLC, incorrectly*
> *identified as Equifax Information Solutions LLC*

322713927v.1