# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>Lisis Mejia</u>

      Plaintiff(s),

    V.

CIVIL ACTION NO. <u>1:25-12277-LTS</u>

<u>Equifax Information Solutions LLC.</u>

    Defendants(s).

## SETTLEMENT ORDER OF DISMISSAL

<u>Sorokin, D. J.</u>

The Court having been advised on <u>  1/7/2026  </u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

<u>1/8/2026</u>
Date

<u>/s/ Flaviana de Oliveira</u>
Deputy Clerk