**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LISIS MEJIA, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SOLUTIONS LLC, <br><br> Defendant. | Case No. 1:25-cv-12277-LTS |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby stipulated and agreed by and between pro se Plaintiff, Lisis Mejia, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

DATED: January 15, 2026    Respectfully submitted,

PLAINTIFF PRO SE

By: _*Lisis Mejia*_

Lisis Mejia
lovely7698@gmail.com
580 Bridge Street
North Weymouth, Massachusetts
02191-1856

*Pro Se Plaintiff*

SEYFARTH SHAW LLP

By:  */s/ Mario D. Nimock*

Mario D. Nimock, Bar No. 687627
mnimock@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5218
Facsimile:  (312) 460-7613

*Counsel for Defendant
Equifax Information Services LLC, incorrectly
identified as Equifax Information Solutions LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, I presented the foregoing STIPULATION OF DISMISSAL to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

>LISIS MEJIA, *plaintiff pro se*
>580 BRIDGE ST
>NORTH WEYMOUTH MA 02191-1856
>Email:  lovely7698@gmail.com

>*/s/ Mario D. Nimock*
>Mario D. Nimock
>*Counsel for Defendant*
>*Equifax Information Services LLC, incorrectly*
>*identified as Equifax Information Solutions LLC*

322713594v.1